IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

MORAVA, TIMOTHY S
MORAVA, VERONICA M

Case No. 10-13637-NLJ
(Chapter 7)

Debtor(s)

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW Joel C. Hall, Trustee, of the above captioned bankruptcy matter, pursuant to Rule 3010 Fed.R.Bankr.P and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| **Claimant** | **Amount** |
|---|---|
| OG&E Electric Services | $2.45 |
| SFC Central Bankruptcy | $1.50 |
| Animal Medical Clinic | $4.45 |
| Amer Mng Se | $0.24 |
| Morningstar Emergency Phys | $0.14 |
| Morningstar Emergency Phys | $.052 |
| Onyx Financial Group | $1.76 |
| Edmond Regional Medical Center | $.071 |

Checks made payable to the United States Bankruptcy Court are attached hereto for deposit into unclaimed funds.

Date: March 8, 2011

s/Joel Hall
Joel C. Hall, #13643
3030 Oklahoma Tower
210 West Park Avenue
Oklahoma City, OK  73102